# EXHIBIT A

## LUCAS COUNTY COMMON PLEAS COURT
### CASE DESIGNATION

EFILED LUCAS COUNTY
03/28/2022 11:34 AM
COMMON PLEAS COURT
BERNIE QUILTER, CLERK
efile id 93253

TO:  Bernie Quilter, Clerk of Court

**G-4801-CI-0202201882-000**
**Judge**
**JOSEPH V. MCNAMARA**

The following type of case is being _____

**Professional Malpractice**
- [ ] Legal Malpractice (L)
- [ ] Medical Malpractice (M)

**Product Liability (B)**

- [x] **Other Tort (C)**

**Workers' Compensation**
- [ ] State Funded (D)
- [ ] Self Insured (K)

- [ ] **Administrative Appeal (F)**

- [ ] **Commercial Docket**

# REFILED COMPLAINT

By submitting the complaint, with the signature of the Attorney, the Attorney affirms that the name of person with settlement authority and his/her direct phone number will be provided upon request to a party or counsel in this matter

**Other Civil**
- [ ] Consumer Fraud (N)
- [ ] Forfeiture
- [ ] Appropriation (P)
- [ ] Court Ordered
- [ ] Other Civil (H)
- [ ] Certificate of Title
- [ ] Copyright Infringement (W)

This case was previously dismissed pursuant to CIVIL RULE 41 and is to be assigned to Judge <u>McNamara</u>, the original Judge at the time of dismissal. The previously filed case number was CI <u>-0202002090-000</u>.

This case is a civil forfeiture case related to a criminal case currently pending on the docket of Judge _____. The pending case number is_____.

This case is a Declaratory Judgment case with a personal injury or related case currently pending. The pending case number is_____, assigned to Judge _____

This case is to be reviewed for consolidation in accordance with Local Rule 5.02 as a companion or related case. This designation sheet will be sent by the Clerk of Courts to the newly assigned Judge for review with the Judge who has the companion or related case with the lowest case number. The Judge who would receive the consolidated case may accept or deny consolidation of the case. Both Judges will sign this designation sheet to indicate the action taken. If the Judge with the lowest case number agrees to accept, the reassignment of the case by the Administration Judge shall be processed. If there is a disagreement between the Judges regarding consolidation, the matter may be referred to the Administrative Judge.

Related/companion case number_____ Assigned Judge_____

| | | | |
|---|---|---|---|
| Approve/Deny | Date | Approve/Deny | Date |

| | |
|---|---|
| **Attorney** | Michael D. Harlan |
| **Address** | 3790 Boardman-Canfield Road |
| | Canfield, OH  44406 |
| **Telephone** | 330-533-6565 |

EFILED LUCAS COUNTY
03/28/2022 11:34 AM
COMMON PLEAS COURT
BERNIE_QUILTER, CLERK
efile id 93253

MDH/gd/jmm
3/28/2022

IN THE COURT OF COMMON PLEAS
LUCAS COUNTY, OHIO

| | |
|---|---|
| JUANITA M. RINGLING<br>437 Havre Street<br>  Toledo, OH 43609<br><br>    Plaintiff<br><br>v.<br><br>LARRY FENNERT TRUCKING, LLC<br>5076 250th Ave<br>Waldorf, MN 56091<br><br>and<br><br>LARRY FENNERT<br>5076 250th Ave.<br>Waldorf, MN 56091<br><br>and<br><br>EDWIN P. HUNTER<br>129 3rd Avenue N.<br>Waldorf, MN 56091<br><br>and<br><br>KEN PRATT TRUCKING COMPANY<br>15355 Knighton Ave.<br>Platte City, MO 64079<br><br>    Defendants | REFILE OF CASE NO. G-4801-CI-0202002090-000<br>CASE NO.:<br><br>JUDGE    **G-4801-CI-0202201882-000**<br>       **Judge**<br>**COMPLAINT**    **JOSEPH V. MCNAMARA**<br><br>**(OTHER TORTS)**<br><br>**JURY TRIAL DEMANDED** |

Plaintiff originally filed a complaint against Defendants on My 4, 2020.  Plaintiff JUANITA M. RINGLING later voluntarily dismissed her action pursuant to Ohio Civil Rule 41 (A) without prejudice on April 20, 2021. Plaintiff now utilizes R.C. 2305.19 (Ohio's savings statute) to re-file her claims against the Defendants.

## FIRST CLAIM

1.      On the 10th day of December 2018, Plaintiff, JUANITA M. RINGLING, was proceeding westbound on Hill Avenue, in the City of Toledo, County of Lucas, State of Ohio.

2.      At that time, Defendant, EDWIN P. HUNTER, negligently operated his motor vehicle into the motor vehicle driven by Plaintiff, JUANITA M. RINGLING, causing the damages hereinafter described.

3.      At the time of the above-described accident, Defendant, LARRY FENNERT TRUCKING, LLC, LARRY FENNERT and KEN PRATT TRUCKING COMPANY, negligently entrusted their motor vehicle to Defendant, EDWIN P. HUNTER. Further, EDWIN P. HUNTER was the employee or agent of LARRY FENNERT TRUCKING. KEN PRATT TRUCKING COMPANY and LARRY FENNERT acting within the scope of their employment or agency.

4.      As a result of the negligence of the Defendants, LARRY FENNERT TRUCKING, KEN PRATT TRUCKING COMPANY, LARRY FENNERT and EDWIN P. HUNTER, Plaintiff, JUANITA M. RINGLING, suffered injuries to her head, neck, back and other parts of her body causing pain and permanent damage.

5.      Plaintiff, JUANITA M. RINGLING, has incurred medical expenses, hospital expenses, and other expenses, and will incur further such expenses.

6.      Plaintiff, JUANITA M. RINGLING, has sustained permanent damage, pain and suffering, and expects to incur further pain and suffering in the future.

7.     Plaintiff, JUANITA M. RINGLING, has lost earnings, expects to lose further earnings, and earning capacity has been permanently impaired.

## SECOND CLAIM

*Statutory Violation of Truck Driver*

8.     For the Second Claim of this Complaint, Plaintiff, JUANITA RINGLING, restates and realleges each and every allegation contained in the preceding paragraph as if fully written herein.

9.     Defendant, EDWIN HUNTER, violated statutes and regulations, including but not limited to Ohio R.C. 4511.39 and 49 C.F.R. 350 to 399.

10.     Defendant, EDWIN HUNTER'S, statutory violation directly and proximately caused Plaintiffs' damages.

11.     Defendant, EDWIN HUNTER, is negligent per se based on these statutory and regulatory violations.

## THIRD CLAIM

*Vicarious Liability of LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING.*

12.     For the Third Claim of this Complaint Plaintiff, JUANITA RINGLING, restates and realleges each and every allegation contained in the preceding paragraphs as if fully rewritten herein.

13.     Defendant, EDWIN HUNTER, was the employee, agent, servant, or independent contractor for Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING.  Accordingly, Defendant LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, are vicariously liable for the acts of Defendant, EDWIN HUNTER, for the causes of this action.

## FOURTH CLAIM

*Strict Liability of LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING.*

14.     For the Fourth Claim of this Complaint, Plaintiff, JUNITA RINGLING, restates and realleges each and every allegation contained in the preceding paragraphs as if fully rewritten herein.

15.     Regardless of the employment relationship, Defendant, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, are the registered owners of USDOT Number 949797 and are therefore responsible for the acts of defendant driver.

## FIFTH CLAIM

*Negligence of LARREY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING*

16.     For the Fifth Claim of this Complaint, Plaintiff, JUANITA RINGLING, restates and realleges each and every allegation contained in the preceding paragraphs as if fully rewritten herein.

17.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, had a duty to act reasonably in hiring and retaining EDWIN HUNTER and to promulgate and enforce rules and regulations to ensure its drivers and vehicles were reasonably safe; LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, negligently failed to maintain their truck.

18.     At the time of the accident the Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, were the owners of the chassis, tractor, trailer, container, rear wheels, rear taillights, brakes, brake lights, and other lights located on and attached to the tractor and cab operated by Defendant, EDWIN HUNTER.

19.     The aforesaid Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, negligently operated, maintained, and put in service the aforesaid chassis, tractor, trailer, container, rear wheels, rear taillights, brakes, brake lights, and other lights in an unsafe manner creating a hazardous and dangerous condition, which resulted in the accident and injuries set forth in this complaint.

20.     Said Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN

PRATT TRUCKING, negligently provided, and negligently failed to properly inspect, the aforesaid chassis, tractor, trailer, container, rear wheels, rear taillights, brake lights, and other lights in a condition and manner that violated Ohio and Federal safety regulations thereby creating a hazardous and dangerous condition resulting in the damages and injuries to the Plaintiffs set forth herein.

21.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERTand KEN PRATT TRUCKING, negligently maintained and negligently inspected the tractor and trailer including the brakes, taillights, wheels, and other operating systems thereby creating a hazardous and dangerous condition in violation of 49 CFR 350 to 399, which resulted in the accident and injuries set forth in this complaint.

22.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, failed in the above-mentioned duties and were therefore negligent.

23.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING'S, negligence was the direct and proximate cause of JUANITA RINGLING'S damages listed in this complaint.

### SIXTH CLAIM

*Statutory Violations of LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING*

24.     For the Sixth Claim of this Complaint, Plaintiff, JUANITA RINGLING, restates and realleges each and every allegation contained in the preceding paragraphs as if fully rewritten herein.

25.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, violated state and federal statutes and regulations, including but not limited to 49 C.F.R. §§ 350 399 and O.A.C. 4901:2-5-02 through 4901:2-5-08, and R.C. 4511.21A, R.C. 4513.02 and R.C. 4511.202.

26.     Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT

TRUCKING'S, statutory violations directly and proximately caused Plaintiff's' damages.

27. Defendants, LARRY FENNERT TRUCKING, LARRY FENNERT and KEN PRATT TRUCKING, are negligent per se based on these statutory and regulatory violations.

**WHEREFORE**, Plaintiffs, Juanita M. Ringling, demands judgment against Defendants, LARRY FENNERT TRUCKING, LLC, LARRY FENNERT, KEN PRATT TRUCKING COMPANY, and EDWIN P. HUNTER, jointly and severally as follows:

A. Compensatory Damages in an amount in excess of TWENTY-FIVE THOUSAND DOLLARS, ($25,000.00), for Plaintiff, JUANITA M. RINGLING, plus interest at the legal rate of interest from the date of the accident described above;

a. The costs of this Action, prejudgment interest as to be determined by the Court, and all other relief to which Plaintiff may be entitled to.

Respectfully submitted,

GERVELIS & HARLAN LLC

/s/: Michael D. Harlan
BY: MICHAEL D. HARLAN (0069160)
BY: MARK S. GERVELIS (0012647)
Attorneys for Plaintiff
3790 Boardman-Canfield Road
Canfield, Ohio 44406
(330) 533-6565

**JURY DEMAND**

A Trial by Jury is hereby demanded in this Action.

/s/: Michael D. Harlan
BY:  MICHAEL D. HARLAN (0069160)
Attorney for Plaintiff

## INSTRUCTIONS TO THE CLERK

Please make certified mail service upon the Defendant at the address listed in the caption above.

/s/: Michael D. Harlan
BY:  MICHAEL D. HARLAN (0069160)
Attorney for Plaintiff

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION
### FILING TYPE:                    OTHER TORT

LARRY FENNERT TRUCKING LLC
5076 250TH AVE
WALDORF, MN 56091

G-4801-CI-0202201882-000
JUDGE: JOSEPH V MCNAMARA

      You have the right to seek legal counsel. If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio. If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

      You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below. A copy of the Complaint is attached to this Summons.

      You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer. Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

      If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

---

PLAINTIFF (S)
JUANITA M RINGLING
437 HAVRE STREET
TOLEDO, OH 43609

ATTORNEY FOR PLAINTIFF(S)
MICHAEL D HARLAN
5401 SECOR ROAD
TOLEDO, OH 43613

BERNIE QUILTER
CLERK OF COURTS

Date: March 29, 2022

*Bernie Quilter*                    , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
### (mark <u>one</u> & respond)

☐    I request to be notified by <u>email</u>

My email address _____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202201882-000
            LARRY FENNERT
TRUCKING LLC
Message:     Your email address

**OR**

☐    I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address    _____
                        _____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH 43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT
### CORNER ADAMS & ERIE STREETS
### TOLEDO, OHIO 43604
## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**


KEN PRATT TRUCKING COMPANY                    G-4801-CI-0202201882-000
15355 KNIGHTON AVE                            JUDGE:  JOSEPH V MCNAMARA
PLATTE CITY, MO 64079


You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

---

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or   to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

---

PLAINTIFF (S)                                 ATTORNEY FOR PLAINTIFF(S)

JUANITA M RINGLING                            MICHAEL D HARLAN
437 HAVRE STREET                              5401 SECOR ROAD
TOLEDO, OH 43609                              TOLEDO, OH 43613

                                              BERNIE QUILTER
                                              CLERK OF COURTS

Date:  March 29, 2022

                                              *J Bernie Quilter*              , Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

⬜ I request to be notified by <u>email</u>

My email address _____

Send email to: Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202201882-000
              KEN PRATT TRUCKING
COMPANY
Message:      Your email address

**OR**

⬜ I request to be notified by <u>regular mail</u>
*(Clerk will forward to Court for approval)*

My mailing address _____
_____
_____

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

G-4801-CI-0202201882-000   KEN PRATT TRUCKING COMPANY  Generated:  March 29, 2022

# LUCAS COUNTY COMMON PLEAS COURT

CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO 43604

## SUMMONS
## CIVIL ACTION

FILING TYPE:                    OTHER TORT

EDWIN P HUNTER                          G-4801-CI-0202201882-000
129 3RD AVENUE N                        JUDGE: JOSEPH V MCNAMARA
WALDORF, MN 56091

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service  or  to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                           ATTORNEY FOR PLAINTIFF(S)
JUANITA M RINGLING                      MICHAEL D HARLAN
437 HAVRE STREET                        5401 SECOR ROAD
TOLEDO, OH 43609                        TOLEDO, OH 43613

                                        BERNIE QUILTER
                                        CLERK OF COURTS
Date:  March 29, 2022

                                        _Bernie Quilter_  , Clerk



# IF YOU DO NOT HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark one & respond)

☐ I request to be notified by email

My email address _____

**OR**

☐ I request to be notified by regular mail
*(Clerk will forward to Court for approval)*

My mailing address    _____
_____
_____

**Send email to:** Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202201882-000
               EDWIN P HUNTER
Message:    Your email address

**Return this Form with your address to:**
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

## If you do NOT hire an attorney & fail to respond
## you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

# LUCAS COUNTY COMMON PLEAS COURT

CORNER ADAMS & ERIE STREETS
TOLEDO, OHIO  43604

## SUMMONS
## CIVIL ACTION

**FILING TYPE:**                    **OTHER TORT**

LARRY FENNERT                        G-4801-CI-0202201882-000
5076 250TH AVE                       JUDGE:  JOSEPH V MCNAMARA
WALDORF, MN 56091

You have the right to seek legal counsel.  If you cannot afford a lawyer, you may contact the Legal Services of Northwest Ohio.  If you do not qualify for services by the Legal Services of Northwest Ohio and do not know an attorney you may contact the Toledo Bar Association's Lawyer Referral Service (419) 242-2000.

You have been named as a defendant in a Complaint filed in this Court by the plaintiff named below.  A copy of the Complaint is attached to this Summons.

You are hereby summoned and required to serve upon the plaintiff's attorney, or upon the plaintiff, if he has no attorney of record, a copy of an answer to the complaint, within twenty-eight (28) days after you receive this Summons, exclusive of the of the day of service   or    to an amended complaint within the remaining response time to the complaint or 14 days, whichever period may be longer.  Your answer must be filed with the Clerk of Court of Common Pleas within three (3) days after the service of a copy of the Answer on the plaintiff's attorney.

If you fail to serve and file your Answer, judgment by default will be rendered against you for the relief demanded in the Complaint.

PLAINTIFF (S)                        ATTORNEY FOR PLAINTIFF(S)
JUANITA M RINGLING                   MICHAEL D HARLAN
437 HAVRE STREET                     5401 SECOR ROAD
TOLEDO, OH 43609                     TOLEDO, OH 43613

                                     BERNIE QUILTER
                                     CLERK OF COURTS

Date:  March 29, 2022

*Bernie Quilter* _____, Clerk



# IF YOU DO <u>NOT</u> HIRE AN ATTORNEY
## PLEASE READ & RESPOND
(mark <u>one</u> & respond)

☐  I request to be notified by <u>email</u>

My email address _____

**OR**

☐  I request to be notified by <u>regular mail</u>
   *(Clerk will forward to Court for approval)*

My mailing address  _____
                    _____
                    _____

**Send email to**: Lwatt@co.lucas.oh.us
Subject:      G-4801-CI-0202201882-000
              LARRY FENNERT
Message:      Your email address

**Return this Form with your address to**:
Clerk of Court
Lucas County Common Pleas Court
700 Adams
Toledo, OH  43604

### If you do NOT hire an attorney & fail to respond
### you will NOT receive notification of events related to this case

Case Information is available Online at:
www.co.lucas.oh.us/Clerk
click on the "Dockets Online" link

*Local Rule 5.05 H. SERVICE BY CLERK'S OFFICE Once journalized, the Clerk of courts Office will transmit the entries to the email address submitted by the parties. Counsel for a party or Pro Se litigant representing themselves who do not have an email address may, by motion, request ordinary mail service of entries by the Clerk of Courts Office.*

SENDER: COMPLETE THIS SECTION

COMPLETE THIS SECTION ON DELIVERY

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)

Vera Fermen

C. Date of Delivery

1. Article Addressed to:

LARRY FENNERT TRUCKING LLC
G-4801-CI-0202201882-000
CK*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6202 0220 1962 99

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7021 2720 0001 8825 2317

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt

USPS TRACKING #

9590 9402 6208 0220 1962 99

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

FILED

APR 05 2022

Lucas Co Com Pleas Court
Bernie Quilter, Clerk

Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X _Ann Fennn_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

_Jesu Fenny_

1. LARRY FENNERT
G-4801-CI-0202201882-000
CK*

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

9590 9402 6202 0220 1963 05

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)
7021 2720 0001 8825 2300

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9403 6202 0220 1963 05

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Court
700 Adams St.
Toledo, Ohio  43604

FILED

APR 05 2022

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

KEN PRATT TRUCKING COMPANY
G-4801-CI-0202201882-000
CK*

A. Signature

X _Ken Pratt_    ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

9590 9402 6202 0220 1963 29

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7021 2720 0001 8825 2287

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



USPS TRACKING #

9590 9402 6202 8220 1963 29

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4® in this box•

Bernie Quilter
Lucas County Clerk of Courts
700 Adams St.
Toledo, Ohio 43604